OPINION — AG — EVEN THOUGH TITLE 59 O.S. 1961 353.4 [59-353.4] PROVIDES THAT FROM A LIST, ANNUALLY SUBMITTED TO THE GOVERNOR SHALL APPOINT ONE MEMBER TO FILL THE VACANCY ANNUALLY OCCURRING ON THE BOARD OF PHARMACY, SAID PROVISION WOULD NOT BE BINDING UPON THE GOVERNOR AND HE MAY FILL SAID VACANCY BY APPOINTING AN INDIVIDUAL WHOSE NAME DOES NOT APPEAR ON SAID LIST. (LEE COOK)